# In the United States Court of Federal Claims

FILED
MAY 22 2007
U.S. COURT OF FEDERAL CLAIMS

**NOTICE**

**HILDA M. GRIFFIN**

**No. 07-318 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., January 1, 2007**

To Attorney of Record, Assistant Attorney General and Judge Allegra:

Please take notice that in the above case, there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the Northern District of Georgia, Case No. 5-CV-355.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

Brian Bishop
Brian Bishop, Clerk