**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 SPRING STREET, SW**
**ATLANTA, GEORGIA 30303-3361**

**JAMES N. HATTEN**
**CLERK OF COURT**

**CIVIL SECTION**
**404-215-1655**

March 13, 2007

FILED
MAY 2 2 2007
U.S. COURT OF FEDERAL CLAIMS

United States Court of Federal Claims
Clerk's Office
ATTENTION: Debbie Samler, Senior Case Manager
717 Madison Place, NW
Washington, DC 20005

07-318 C

**Re: Griffin v. Frances J. Harvey**
**Our Civil Action File No. 1:05-cv-0355-BBM**

Dear Ms. Samler:

Pursuant to an order of the Court dated January 5, 2007, we are transferring the above entitled case to your court for further action. To date, no appeal has been filed in this court.

Enclosed you will find the entire original file, including an original deposition with exhibits, a certified copy of both the order transferring the case and a copy of our docket sheet.

Please acknowledge receipt of this file upon the copy of this letter.

Sincerely,

James N. Hatten
Clerk of Court

By: s/Amanda Querrard
Deputy Clerk

Enclosures

## Utility Events

1:05-cv-00355-BBM Griffin v. Harvey et al **CASE CLOSED on 01/05/2007**
4months, CLOSED, PROTO, TitleVII

**U.S. District Court**

**Northern District of Georgia**

07-318 C

### Notice of Electronic Filing

The following transaction was entered on 3/13/2007 at 3:49 PM EDT and filed on 3/13/2007

**Case Name:** Griffin v. Harvey et al
**Case Number:** 1:05-cv-355
**Filer:**
**WARNING: CASE CLOSED on 01/05/2007**
**Document Number:** 64

**Docket Text:**
Case (Original file (including deposition), certified copy of transfer order and docket sheet) transferred to United States Court of Federal Claims pursuant to this court's [63] Order. (aaq)

**1:05-cv-355 Notice has been electronically mailed to:**

Neeli Ben-David neeli.ben-david@usdoj.gov, pam.oliver@usdoj.gov

Robert Ernest Rigrish rrigrish@brawwlaw.com

**1:05-cv-355 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=3/13/2007] [FileNumber=1726454-0
] [585ab834d7efa0ea4fc47454fc8a07fafee71634c9f5b3913e9a043a33e9fe49258
c9fff5ad65d302ac0829d37a0c09666f204431b0e291214fee49dccc7fb42]]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HILDA M. GRIFFIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO. 1:05-CV-0355-BBM |
| | : | |
| FRANCIS J. HARVEY, in his official capacity as Secretary of the Army, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

By Order of December 14, 2006, this court ordered plaintiff Hilda M. Griffin ("Ms. Griffin") to show cause why this action should not be immediately transferred to the U.S. Court of Claims. Ms. Griffin has made no such showing. Furthermore, the court believes, for the reasons stated in its December 14, 2006 Order, that this case is properly one to be decided in the U.S. Court of Claims. Therefore, the Clerk is DIRECTED to transfer this action to that court.

IT IS SO ORDERED, this 5th day of January, 2007.

s/Beverly B. Martin
BEVERLY B. MARTIN
UNITED STATES DISTRICT JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS

MAR 14 2007

JAMES N. HATTEN, CLERK
By: Deputy Clerk

4months, CLOSED, PROTO, TitleVII

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:05-cv-00355-BBM
# Internal Use Only

07-318 C

Griffin v. Harvey et al
Assigned to: Judge Beverly B. Martin
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 02/04/2005
Date Terminated: 01/05/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Hilda M. Griffin** represented by **Robert Ernest Rigrish**
Bodker, Ramsey, Andrews, Winograd & Wildstein, P.C.
One Securities Centre, Suite 1400
3490 Piedmont Road
Atlanta, GA 30305
404-351-1615
Fax: 404-352-1285
Email: rrigrish@brawwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Francis J. Harvey**
*In his official capacity as Secretary of the Army*
represented by **Neeli Ben-David**
U.S. Attorney's Office
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6303
Email: neeli.ben-david@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of the Army**
*TERMINATED: 08/02/2005*
represented by **Neeli Ben-David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ATTEST: A TRUE COPY
CERTIFIED THIS
MAR 14 2007
JAMES N. HATTEN, CLERK
By: Deputy Clerk

**Defendant**

**Kenneth N. Williamson**
*In his official capacity as Chief Executive Officer, U.S. Army Reserve Command*
*TERMINATED: 08/02/2005*

represented by **Neeli Ben-David**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2005 | 1 | COMPLAINT with Jury Demand filed. Consent form to proceed before U.S. Magistrate and pretrial instructions given to attorney ( Filing fee $ 150 receipt number 533125.), filed by Hilda M. Griffin.(fkt) (Entered: 02/09/2005) |
| 03/31/2005 | 2 | Summons Issued as to Kenneth N. Williamson. (aaq) (Entered: 04/04/2005) |
| 03/31/2005 | 3 | Summons Issued as to Francis J. Harvey. (aaq) (Entered: 04/04/2005) |
| 03/31/2005 | 4 | Summons Issued as to David E. Nahmias, U.S. Attorney. (aaq) (Entered: 04/04/2005) |
| 03/31/2005 | 5 | Summons Issued as to Alberto R. Gonzales, Attorney General. (aaq) (Entered: 04/04/2005) |
| 05/31/2005 | 6 | MOTION for Extension of Time to File a Responsive Pleading with Brief In Support by Francis J. Harvey, Kenneth N. Williamson. (Ben-David, Neeli) (Entered: 05/31/2005) |
| 06/06/2005 | 7 | ORDER granting 6 Motion for Extension of Time to file responsive pleading, through and including 6/15/05, npt 5/31/05 . Signed by Judge Joel M. Feldman on 6/6/05. (pmw) (Entered: 06/07/2005) |
| 06/15/2005 | 8 | MOTION to Dismiss with Brief In Support by Francis J. Harvey, Department of the Army, Kenneth N. Williamson. (Attachments: # 1 Exhibit A)(Ben-David, Neeli) (Entered: 06/15/2005) |
| 07/14/2005 | | Submission of the 8 MOTION to Dismiss to Magistrate Judge Joel M. Feldman. (aaq) (Entered: 07/14/2005) |
| 07/15/2005 | 9 | Initial Disclosures by Francis J. Harvey, Kenneth N. Williamson.(Ben-David, Neeli) (Entered: 07/15/2005) |
| 07/19/2005 | 10 | Initial Disclosures by Hilda M. Griffin.(Rigrish, Robert) (Entered: 07/19/2005) |
| 08/02/2005 | | (Court only) *** Party defendants Department of the Army and Kenneth N. Williamson terminated pursuant to this court's 11 Order. (aaq) (Entered: 08/03/2005) |

| | | |
|---|---|---|
| 08/03/2005 | 11 | ORDER granting in part and denying in part the defendants' 8 Motion to Dismiss. The Department of the Army and Kenneth N.Williamson are DISMISSED as Defendants in both their official and individualcapacities.IT IS FURTHER ORDERED that, in the event the Plaintiff claims more than$10,000.00 in, inter alia, lost wages, this case must be transferred to the United StatesCourt of Claims. Signed by Judge Joel M. Feldman on 08/02/05. (aaq) (Entered: 08/03/2005) |
| 08/15/2005 | 12 | ORDER TO SHOW CAUSE. Show Cause Hearing set for 8/30/2005 10:30 AM in Courtroom 2022 before Judge Joel M. Feldman. Signed by Judge Joel M. Feldman on 8/15/05. (pmw) (Entered: 08/16/2005) |
| 08/17/2005 | 13 | MOTION for Extension of Time to File Answer with Brief In Support by Francis J. Harvey. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Ben-David, Neeli) (Entered: 08/17/2005) |
| 08/17/2005 | 14 | ORDER granting the 13 Motion for Extension of Time to Answer as to defendant Francis J. Harvey. The answer attached as Exhibit B toDefendant's Motion for Leave to File an Answer Out of Time and Brief in Supportshall be deemed filed on 08/17/05 and the hearing scheduled to take place in theabove-styled action on August 30, 2005 is cancelled. Signed by Judge Joel M. Feldman on 08/17/05. (aaq) (Entered: 08/19/2005) |
| 08/17/2005 | 15 | ANSWER to Complaint filed by Francis J. Harvey (added to the docket pursuant to this court's 14 Order). Discovery ends on 1/17/2006.(aaq) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 08/19/2005) |
| 08/22/2005 | | (Court only) ***Submission to Judge Terminated (aaq) (Entered: 08/22/2005) |
| 10/25/2005 | 16 | ORDER TO SHOW CAUSE: The plaintiff is directed to show cause inwriting, within thirty (30) days of the receipt of this Order, why this case should notbe dismissed for failure to comply with the Local Rules. See LR 41.3(A), N.D. Ga.IT IS FURTHER ORDERED that the plaintiff and defendant show cause inwriting, within thirty (30) days of the receipt of this Order, why this Court should notcertify that each be held in contempt for failure to comply with the foregoing LocalRules. Signed by Judge Joel M. Feldman on 10/25/05. (aaq) Modified on 1/10/2006 (aaq). ---VACATED PURSUANT TO THIS COURT'S ORDER OF 01/10/06--- (Entered: 10/25/2005) |
| 11/25/2005 | 17 | RESPONSE TO ORDER TO SHOW CAUSE re: 16 Order to Show Cause,, filed by Hilda M. Griffin. (Attachments: # 1 Supplement LR 16.2 Planning Report# 2 Supplement LR 3.3 Certificate# 3 Supplement Amended Complaint# 4 Supplement Certificate of Service/Compliance)(Rigrish, Robert) (Entered: 11/25/2005) |
| 12/08/2005 | 18 | ANSWER to Complaint *Answer to Amended Complaint* by Francis J. Harvey.(Ben-David, Neeli) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: |

| | | |
|---|---|---|
| | | 12/08/2005) |
| 12/08/2005 | 19 | NOTICE to Take Deposition of Hilda Griffin filed by Francis J. Harvey (Ben-David, Neeli) (Entered: 12/08/2005) |
| 12/09/2005 | | Submission of the 16 Order to Magistrate Judge Joel M. Feldman. (aaq) (Entered: 12/09/2005) |
| 01/10/2006 | 20 | ORDER vacating the 16 Order to Show Cause as the parties having complied with this Court?s Order in a timely manner. Signed by Judge Joel M. Feldman on 01/10/06. (aaq) (Entered: 01/10/2006) |
| 01/10/2006 | | (Court only) ***Submission to Judge Terminated (aaq) (Entered: 01/10/2006) |
| 01/13/2006 | 21 | SCHEDULING ORDER approving the Joint Preliminary Report and Discovery Schedule except as modified in Attachment A. Discovery ends on 2/17/2006. Summary Judgment Motions due by 3/9/2006. Proposed Pretrial Order due by 3/20/2006 if no Summary Judgment Motions filed. Signed by Judge Joel M. Feldman on 1/13/06. (aaq) (Entered: 01/13/2006) |
| 01/13/2006 | 22 | CERTIFICATE OF SERVICE *Plaintiff's First Interrogatories, Production Requests, and Deposition Notices* by Hilda M. Griffin.(Rigrish, Robert) (Entered: 01/13/2006) |
| 01/18/2006 | 23 | CERTIFICATE OF SERVICE filed by Francis J. Harvey *Defendant's First Interrogatories, First Request for Production of Documents, and First Request for Admissions* (Ben-David, Neeli) (Entered: 01/18/2006) |
| 01/31/2006 | 24 | CERTIFICATE OF SERVICE *OF DISCOVERY* by Francis J. Harvey. (Attachments: # 1 David A. Schiff Subpoena# 2 Eric Zigler, D.C. Subpoenas# 3 DavidHart Subpoena# 4 John Drummond, M.D. Subpoena# 5 Ross Kommor, M.D. Subpoena# 6 Mirza Kajani, M.D. Subpoena)(Ben-David, Neeli) (Entered: 01/31/2006) |
| 01/31/2006 | 25 | CERTIFICATE OF SERVICE *OF DISCOVERY Refiled Due to Electronic Filing Error* by Francis J. Harvey. (Attachments: # 1 David A. Schiff Subpoena# 2 Eric Zigler, D.C. Subpoena# 3 David Hart, M.D. Subpoena# 4 John Drummond, M.D. subpoena# 5 Ross Kommor, M.D. Subpoena# 6 Mirza Kajani, M.D. Subpoena)(Ben-David, Neeli) (Entered: 01/31/2006) |
| 02/03/2006 | 26 | CERTIFICATE OF SERVICE *of First Supplement to Initial Disclosures* by Hilda M. Griffin.(Rigrish, Robert) (Entered: 02/03/2006) |
| 02/14/2006 | 27 | PROPOSED CONSENT ORDER Consent Protective Order. (Ben-David, Neeli) (Entered: 02/14/2006) |
| 02/15/2006 | 28 | CERTIFICATE OF SERVICE *OF DISCOVERY* by Francis J. Harvey.(Ben-David, Neeli) (Entered: 02/15/2006) |
| 02/15/2006 | 29 | CONSENT PROTECTIVE ORDER signed by Judge Joel M. Feldman on 02/15/06. (aaq) (Entered: 02/16/2006) |

| | | |
|---|---|---|
| 02/17/2006 | 30 | CERTIFICATE of Counsel re 23 Certificate of Service *of Discovery Responses* by Robert Ernest Rigrish on behalf of Hilda M. Griffin (Rigrish, Robert) (Entered: 02/17/2006) |
| 03/09/2006 | 31 | Joint MOTION for Extension of Time to Complete Discovery by Hilda M. Griffin. (Attachments: # 1 Text of Proposed Order)(Rigrish, Robert) (Entered: 03/09/2006) |
| 03/10/2006 | 32 | ORDER granting 31 Motion for Extension of Time to Complete Discovery. The discovery period established by the Scheduling Order in this matter shall be extended for the limited purpose of completing the deposition of Kenneth Williamson with the final close of discovery dependent upon Mr. Williamson's recovery from surgery and availability for deposition. The deadline for filing sum jgm motions is extended, in accordance with LR 56.1A, NDGa., to a date no later than 20 days after the completion of Mr. Williamson's deposition. Signed by Judge Joel M. Feldman on 3/10/06. (vs) (Entered: 03/13/2006) |
| 03/28/2006 | | (Court only) ***Submission Deadline Terminated (aaq) (Entered: 03/28/2006) |
| 04/24/2006 | 33 | Unopposed MOTION for Extension of Time in Which to File His Summary Judgment Motion and Brief in Support by Francis J. Harvey. (Ben-David, Neeli) (Entered: 04/24/2006) |
| 04/28/2006 | 34 | ORDER granting 33 Motion for Extension of Time to file motion for summary judgment. Motion due 5/15/06. Signed by Judge Joel M. Feldman on 4/28/06. (pmw) (Entered: 04/28/2006) |
| 05/01/2006 | | (Court only) ***Deadlines terminated. (aaq) (Entered: 05/01/2006) |
| 05/15/2006 | 35 | Second MOTION for Extension of Time in Which to File his Summary Judgment Motion with Brief In Support by Francis J. Harvey, Department of the Army. (Ben-David, Neeli) (Entered: 05/15/2006) |
| 05/16/2006 | 36 | ORDER granting 35 Motion for Extension of Time to file motion(s) for summary judgment. Motion(s) due 5/22/06 . Signed by Judge Joel M. Feldman on 5/16/06. (pmw) (Entered: 05/16/2006) |
| 05/16/2006 | 37 | MOTION to Exclude Errata Sheet from Evidence with Brief In Support by Francis J. Harvey. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Ben-David, Neeli) (Entered: 05/16/2006) |
| 05/22/2006 | 38 | NOTICE Of Filing (Manual Filing of Original Sealed Transcript & Exhibits of Hilda Griffin) by Francis J. Harvey (Ben-David, Neeli) (Entered: 05/22/2006) |
| 05/22/2006 | 39 | MOTION for Summary Judgment with Brief In Support by Francis J. Harvey. (Attachments: # 1 Exhibit A (Statement of Undisputed Material Facts)# 2 Exhibit B (Excerpts from Hilda Griffin's Deposition)# 3 Exhibit C (Paul Vilcoq Declaration)# 4 Exhibit D (Kenneth Williamson Declaration)# 5 Exhibit E (Terrance Spoon Declaration)# 6 Exhibit F (Kim Meyer |

| | | |
|---|---|---|
| | | Declaration)# 7 Exhibit G (Michael Butkovich Declaration)# 8 Exhibit H (Plaintiff's Interrogatory Responses)# 9 Exhibit I (Andrew Stewart Declaration)# 10 Exhibit J (Gloria Mitchell Declaration))(Ben-David, Neeli) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (Entered: 05/22/2006) |
| 05/22/2006 | 40 | DEPOSITION and EXHIBITS of Hilda M. Griffin taken on 01/10/06 filed by Francis J. Harvey. (Attachments: # 1 Exhibits)(aaq) (Entered: 05/24/2006) |
| 05/31/2006 | 41 | RESPONSE in Opposition re 37 MOTION to Exclude Errata Sheet from Evidence filed by Hilda M. Griffin. (Rigrish, Robert) (Entered: 05/31/2006) |
| 05/31/2006 | 42 | CERTIFICATE of Counsel re 41 Response in Opposition to Motion *Certificate of Service & Compliance* by Robert Ernest Rigrish on behalf of Hilda M. Griffin (Rigrish, Robert) (Entered: 05/31/2006) |
| 06/08/2006 | | Submission of the 37 MOTION to Exclude Errata Sheet from Evidence to Magistrate Judge Joel M. Feldman. (aaq) (Entered: 06/08/2006) |
| 06/09/2006 | 43 | MOTION for Extension of Time re: 39 MOTION for Summary Judgment *Motion for Enlargement of Time* with Brief In Support by Hilda M. Griffin. (Attachments: # 1 Text of Proposed Order)(Rigrish, Robert) (Entered: 06/09/2006) |
| 06/13/2006 | 44 | ORDER granting 43 Motion for Extension of Time to respond to 39 MOTION for Summary Judgment. Response due 6/23/06. Signed by Judge Joel M. Feldman on 6/13/06. (pmw) (Entered: 06/13/2006) |
| 06/14/2006 | | (Court only) ***Submission Deadline Terminated (aaq) (Entered: 06/14/2006) |
| 06/19/2006 | 45 | REPLY BRIEF re 37 MOTION to Exclude Errata Sheet from Evidence *(Defendant's Reply in Support of His Motion to Exclude Errata Sheet From Evidence* filed by Francis J. Harvey. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Ben-David, Neeli) (Entered: 06/19/2006) |
| 06/23/2006 | 46 | Consent MOTION for Extension of Time re: 39 MOTION for Summary Judgment by Hilda M. Griffin. (Attachments: # 1 Text of Proposed Order)(Rigrish, Robert) Modified on 6/26/2006 to name attachment (hfm). (Entered: 06/23/2006) |
| 06/26/2006 | 47 | ORDER granting 46 Motion for Extension of Time up to and including 6/30/06 for Plaintiff to respond to 39 Motion for Summary Judgment. Signed by Judge Joel M. Feldman on 6/26/06. (hfm) Modified on 6/27/2006 to correct docket link (hfm). (Entered: 06/26/2006) |
| 06/30/2006 | 48 | MOTION for Extension of Time with Brief In Support by Hilda M. Griffin. (Attachments: # 1 Text of Proposed Order)(Rigrish, Robert) (Entered: 06/30/2006) |

| | | |
|---|---|---|
| 07/03/2006 | 49 | ORDER granting 48 Motion for Extension of Time through 7/10/06 for plaintiff to respond re 39 MOTION for Summary Judgment . Signed by Judge Joel M. Feldman on 7/3/06. (fmm) (Entered: 07/03/2006) |
| 07/10/2006 | 50 | MOTION for Extension of Time File Response to Summary Judgment by Hilda M. Griffin. (Attachments: # 1 Order Granting Enlargement of One Day to File Summary Judgment Response)(Rigrish, Robert) (Entered: 07/10/2006) |
| 07/11/2006 | 51 | MOTION for Extension of Time with Brief In Support by Hilda M. Griffin. (Attachments: # 1 Text of Proposed Order)(Rigrish, Robert) (Entered: 07/11/2006) |
| 07/12/2006 | 52 | ORDER granting 50 Motion for Extension of Time and granting 51 Motion for Extension of Time through July 12, 2006 for Plaintiff to respond re: 37 Motion for Summary Judgment. Signed by Judge Joel M. Feldman on 7/12/06. (hfm) Modified on 7/18/2006 to correct docket text (hfm). (Entered: 07/12/2006) |
| 07/13/2006 | 53 | RESPONSE re 39 MOTION for Summary Judgment filed by Hilda M. Griffin. (Attachments: # 1 Statement of Material Facts # 2 Exhibit List# 3 Exhibit Bergeson Declaration# 4 Exhibit Lee Declaration# 5 Exhibit Sept OCI 1# 6 Exhibit Exhibit 4, Sept OCI 2# 7 Exhibit Exhibit 5# 8 Exhibit Ex 6, Griffin dep# 9 Exhibit Ex7 A-# 10 Exhibit Ex7# 11 Exhibit Ex7 H# 12 Exhibit Ex7P# 13 Exhibit Griffin dec.# 14 Exhibit Ex7 Certificate)(Rigrish, Robert) (Entered: 07/13/2006) |
| 07/13/2006 | 54 | ORDER denying Defendant's 37 Motion to Exclude Plaintiff's Errata Sheet from Evidence. Signed by Mag Judge Joel M. Feldman on 7/13/06. (dfb) (Entered: 07/13/2006) |
| 07/19/2006 | | Submission of 39 MOTION for Summary Judgment, submitted to Magistrate Judge Joel M. Feldman. (hfm) (Entered: 07/19/2006) |
| 07/31/2006 | 55 | Unopposed MOTION for Extension of Time to File His Reponse To Plaintiff's Statement of Facts and Brief in Support *(Defendant's Unopposed Motion for an Enlargement of Time in Which To File His Response To Plaintiff's Statement of Facts and Brief in Support)* by Francis J. Harvey. (Attachments: # 1 Order)(Ben-David, Neeli) (Entered: 07/31/2006) |
| 07/31/2006 | 56 | MOTION for Leave to File Excess Pages with Brief In Support by Francis J. Harvey. (Attachments: # 1 Text of Proposed Order)(Ben-David, Neeli) (Entered: 07/31/2006) |
| 07/31/2006 | 57 | REPLY BRIEF re 39 MOTION for Summary Judgment filed by Francis J. Harvey. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Ben-David, Neeli) (Entered: 07/31/2006) |
| 08/02/2006 | 58 | ORDER granting 56 Motion for Leave to File Excess Pages . Signed by Judge Joel M. Feldman on 8/2/06. (pmw) (Entered: 08/02/2006) |

| | | |
|---|---|---|
| 08/07/2006 | 59 | Response to Statement of Material Facts re 39 MOTION for Summary Judgment filed by Francis J. Harvey. (Ben-David, Neeli) (Entered: 08/07/2006) |
| 08/14/2006 | | ORAL ORDER granting 55 Motion for Extension of Time To file response . Response due 8/7/06. By Judge Joel M. Feldman on 8/14/06. (npt 7/31/06) (pmw) (Entered: 08/14/2006) |
| 09/27/2006 | | (Court only) ***Deadlines terminated. (aaq) (Entered: 09/27/2006) |
| 10/23/2006 | | (Court only) ***Submission to Judge Terminated (aaq) (Entered: 10/23/2006) |
| 10/23/2006 | | CASE REFERRED to Magistrate Judge Russell Glenn Vineyard. (aaq) (Entered: 10/23/2006) |
| 10/23/2006 | 60 | NOTICE TO ALL COUNSEL OF RECORD regarding Magistrate referral reassignment from Judge Joel M. Feldman to Judge Russell G. Vineyard. (aaq) (Entered: 10/23/2006) |
| 10/23/2006 | | Submission of the 39 MOTION for Summary Judgment to Magistrate Russell Glenn Vineyard. (FILE IN CHAMBERS) (aaq) (Entered: 10/23/2006) |
| 11/09/2006 | 61 | ORDER revoking the reference to the Magistrate Judge. Signed by Judge Beverly B. Martin on 11/9/2006. (pdw) (Entered: 11/09/2006) |
| 11/09/2006 | | Magistrate Judge Russell G. Vineyard terminated pursuant to 61 Order. (pdw) (Entered: 11/09/2006) |
| 11/17/2006 | | (Court only) ***Set/Clear Flags (aaq) (Entered: 11/17/2006) |
| 11/17/2006 | | Submission of the 39 MOTION for Summary Judgment to District Judge Beverly B. Martin. (aaq) (Entered: 11/17/2006) |
| 12/14/2006 | 62 | ORDER granting in part and denying in part 39 Defendant's Motion for Summary Judgment. Plaintiff ORDERED to show cause within ten days why her remaining EPA claim should not be immediately transferred to the Court of Federal Claims. Signed by Judge Beverly B. Martin on 12/14/2006. (pdw) (Entered: 12/14/2006) |
| 01/05/2007 | 63 | ORDER DIRECTING the Clerk to transfer this action to the U.S. Court of Claims (United States Court of Federal Claims) signed by Judge Beverly B. Martin on 1/5/07. (aaq) (Entered: 01/05/2007) |
| 01/05/2007 | | Civil Case Terminated. (aaq) (Entered: 01/05/2007) |
| 01/05/2007 | | Remark: File to be forwarded to the U.S. Court of Federal Claims, pursuant to the 63 Order, after the 60-day appeal time has expired. (aaq) (Entered: 01/05/2007) |
| 03/13/2007 | 64 | Case (Original file (including deposition), certified copy of transfer order and docket sheet) transferred to United States Court of Federal Claims pursuant to this court's 63 Order. (aaq) (Entered: 03/13/2007) |