FORM 2
COVER SHEET

RECEIVED
JUN 19 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Hilda M. Griffin

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Robert E. Rigrish

Firm Name: Bodker Ramsey Andrews Winograd Wildstein, PC

Post Office Box: One Securities Centre

Street Address: 3490 Piedmont Rd., Suite 1400

City-State-Zip: Atlanta, Georgia 30305

Telephone & Facsimile Numbers: (404) 351-1615 (404) 352-1285

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☑ No — Application Filed

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☑ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 4
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 0 0 D
See attached sheet for three-digit codes.

Amount Claimed: $ > 200,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☑ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $________
Is plaintiff a small business? ☐ Yes ☑ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.