IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILDA M. GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-318 C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Motion for Enlargement of Time**

Plaintiff, Hilda M. Griffin, pursuant to RCFC 6.1, moves for an enlargement of seven (7) business days [11 calendar days], up to and including Monday, October 1, 2007, in which to file her Brief in Opposition to Defendant's Motion to Dismiss. No previous enlargement has been requested or entered. Undersigned counsel communicated with Mr. Robert E. Chandler, Defendant's counsel, on September 19, 2007 and Defendant will not file an opposition to this motion. The enlargement is requested because undersigned counsel completed work on a summary judgment motion in an unrelated case pending in Federal District Court on which codefendants had previously requested an enlargement through September 20, 2007, and work on that project limited my availability to complete Ms. Griffin's Opposition Brief.

Undersigned counsel was recently admitted to the bar of this Court to represent plaintiff in this matter and completed electronic case filing registration

and training prerequisites on September 19, 2007. However, no login and password were forwarded by the Clerk's office in response to repeated requests until today, Monday, September 24, 2007, delaying submission of this Motion for Enlargement until this day.

Respectfully submitted this 24th day of September 2007.

/s/Robert E. Rigrish
Bodker, Ramsey, Andrews, Winograd &
Wildstein, P.C.
One Securities Centre
Suite 1400
3490 Piedmont Road
Atlanta, GA 30305
Ph. (404) 351-1615
Fax (404) 352-1285
rrigrish@brawwlaw.com

Attorney for Plaintiff
Hilda Griffin

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2007, I electronically filed the foregoing Motion for Enlargement. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

BODKER, RAMSEY, ANDREWS,
WINOGRAD & WILDSTEIN, P.C.

By: /s/ *Robert E. Rigrish*