# In The United States Court of Federal Claims

No. 07-318C

(Filed: September 25, 2007)

HILDA M. GRIFFIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 24, 2007, plaintiff filed an unopposed motion for an enlargement of time to respond to defendant's motion to dismiss. Plaintiff's motion is hereby **GRANTED**. Accordingly, on or before October 1, 2007, plaintiff shall file its response to defendant's motion to dismiss.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge